

2011 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-29-2011

# USA v. Walker

Precedential or Non-Precedential: Non-Precedential

Docket No. 10-3623

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2011

Recommended Citation

"USA v. Walker" (2011). *2011 Decisions.* Paper 453.
http://digitalcommons.law.villanova.edu/thirdcircuit_2011/453

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2011 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 10-3623
_____

UNITED STATES OF AMERICA,

v.

AHMED WALKER, a/k/a Amelios, a/k/a Ammo,

Ahmed Walker,

Appellant.

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D. C. No. 1-00-cr-00300-003)
District Judge:  Honorable Sylvia H. Rambo

Submitted under Third Circuit LAR 34.1(a)
on July 15, 2011

Opinion filed September 9, 2011

Before:  RENDELL, SMITH and ROTH, <u>Circuit Judges</u>

**O R D E R**

IT IS HEREBY ORDERED that the opinion filed on September 9, 2011, is hereby

vacated and an amended opinion shall be filed simultaneously with this order.  The

revised opinion does not alter the September 9, 2011 judgment or the panel's

decision to deny appellant's  petition for panel rehearing..

By the Court,


/s/ Jane R. Roth
Circuit Judge


Dated:  29 September 2011